IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 23-CR-237 (CJN) |
| JAY JAMES JOHNSTON, : | |
| ALAN MICHAEL ST. ONGE, : | |
| KYLE KUMER, WILLIAM : | |
| STOVER, also known as "JESSIE," : | |
| and NATHAN EARL HUGHES, : | |
| : | |
| Defendants. : | |

**GOVERNMENT'S MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia hereby requests that time be excluded under the Speedy Trial Act from November 16, 2023, to November 22, 2023.

The Court previously set a status hearing for November 16, 2023, at 12:30 a.m. *See* 10/3/2023 Minute Entry. The Court requested to reschedule the hearing and reset the status hearing to November 22, 2023. However, time was not excluded to the new status hearing date.

The government now moves to exclude time until November 22, 2023 pursuant to Section 3161(h)(7)(A) of the Speedy Trial Act in the interests of justice to allow the parties time to review discovery, continue plea negotiations and prepare pretrial motions.

For the foregoing reasons, the government respectfully requests that time be excluded from November 16, 2023, to November 22, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

1

By: /s/ Kaitlin Klamann
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
IL Bar No. 6316768
(202) 252-6778
Kaitlin.klamann@usdoj.gov