**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES,

    *Plaintiff*,

  v.

ALAN MICHAEL ST. ONGE,

    *Defendant*.

         Criminal Action No. 23-cr-237-2 (CJN)

**ORDER**

  The matter before the Court is the United States's Motion to Modify Conditions of Release, ECF No. 89.

  For the reasons stated in the hearing on December 20, 2023, it is

  **ORDERED** that the Motion to Modify Conditions of Release, ECF No. 89, is **GRANTED IN PART** and **DENIED IN PART**; it is further

  **ORDERED** that the following additional conditions of release are imposed on the Defendant:

1. Defendant shall be placed on home detention for the period between December 20, 2023 and July 15, 2024. Defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by his probation officer.

2. Defendant shall be monitored by the form of location monitoring technology determined by the probation officer, including: Radio Frequency (RF) Monitoring; GPS Monitoring (including hybrid GPS); SmartLINK; or Voice Recognition.

1

3.  Defendant shall follow the rules and regulations of the location monitoring program.  The cost of the program is waived.

DATE:  January 25, 2024

_____
CARL J. NICHOLS
United States District Judge