04/19/2024

To whom it may concern,

My name is James M. Caldwell, I am the Chief Operating Officer of the Irene Wortham Center. I hired Alan St. Onge on July 17th 2023 as the Irene Wortham Centers Adult Day Services Coordinator. Since his hiring he has been an outstanding employee. He provides services for over 56 consumers with developmental disabilities. He oversees no less than 12 staff. He is a great champion for those clients that need help. Whether it's a broken wheelchair that needs fixed or a guardian that needs help so that their loved one doesn't lose their Medicaid he is always there. His staff really appreciate him. Some have stated that he is the best boss they have ever had. I like him personally and think he is a good man and a good boss. I myself have been in this field for over 20 years and Alan is the best new prospect I have seen and had the pleasure of working with. It would be a disservice to the public to take Alan from his vital role in the community.

*J. M. Caldwell*

James M. Caldwell BS, QP,CI
Chief Operating Officer
Irene Wortham Center, Inc.
*916 W. Chapel Road*
*Asheville, NC  28803*
(828) 274-7518 ext.157 (o)
(828) 274-1582 (f)
jcaldwell@iwcnc.org