Stephanie Lytle

Training Coordinator

To Whom It May Concern,

Despite my relatively short time knowing Alan St Onge, I am pleased to provide this reference letter. Mr. St Onge has quickly proven to be an asset to our company, consistently assisting colleagues and demonstrating a strong work ethic. Beyond his professional capabilities, Mr. St Onge offers a positive role model to our team. I believe he will continue to contribute positively to our clients and the company in the up and coming years.

Sincerely,

Stephanie Lytle

Training coordinator.