IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 23-CR-237-2(CJN) |
| vs.                                                        ) | |
| ALAN MICHAEL ST. ONGE,             ) | MOTION TO EXTEND TIME FOR DEFENDANT TO SELF-REPORT FOR SENTENCE |
| Defendant.                        ) | |

Comes now the Defendant, Alan Michael St. Onge, by and through his undersigned attorney and moves this honorable Court for an extension of the time to self-report to the Bureau of Prisons for the sentence imposed. In support thereof, the defendant states the following:

1. Alan St. Onge plead guilty to two counts of 18 U.S.C.§231(a) Civil Disorder and was sentenced by the Honorable Carl J. Nichols to a term of imprisonment of eighteen months on July 9, 2024.

2. The defendant was allowed to self-report to the facility designated by the Bureau of Prisons.

3. The defendant received notice to report to FCI Williamsburg in Salters, South Carolina no later than 2:00 p.m. on October 1, 2024.

4. On September 27, 2024, Hurricane Helene hit the southern United States and the states of South Carolina and North Carolina sustained tornadoes and flooding because of the storm.

5. The defendant resides in Transylvania County, located in the mountains of western North Carolina. That region has been particularly hard hit and has been designated as a federal disaster area.

6. The defendant's residence is unreachable by road due to flooding, downed trees and power lines and damaged roads.

7. The defendant's residence currently has no electric power or water, and it is anticipated that those conditions will exist for at least the next week to ten days.

8. The defendant was able to text the undersigned attorney on Sunday, September 29, 2024 to notify counsel he was safe, but unable to travel due to the storm aftermath.

9. Due to the weather disaster, an extension of 30 days to report is sought on behalf of the defendant.

WHEREFORE, the defendant moves for an extension of thirty (30) days until November 1, 2024 for the defendant to report to FCI Williamsburg.

Respectfully Submitted,

/s/Renae Alt-Summers
Renae Alt-Summers
DC Bar ID #: SC0011
3608-C Landmark Drive
Columbia, SC 29204
(828) 243-5253
raltsummers@gmail.com

Columbia, South Carolina
September 29, 2024